UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>JR EQUITIES AND INVESTMENTS, LLC,<br><br>    Defendant. | CASE NO. 2:24-cv-00595-RSL<br><br>ORDER DENYING LEAVE TO WITHDRAW |

  This matter comes before the Court on a "Motion to Withdraw" filed by David S. Foster, attorney for plaintiff. Dkt. # 3. The motion indicates that another attorney will be taking over the representation, but he has not yet appeared in this case. Permitting the withdrawal would therefore leave plaintiff unrepresented. Because Mr. Foster has not provided the Court with plaintiff's address and telephone number, as required by LCR 83.2(b)(1), the motion for leave to withdraw is DENIED. Mr. Foster remains counsel of record for plaintiff.

  Dated this 16th day of September, 2024.

              _____
              Robert S. Lasnik
              United States District Judge

ORDER DENYING LEAVE TO WITHDRAW - 1