UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN MOORE, | CASE NO. 2:24-cv-00595-RSL |
| Plaintiff, | |
| v. | |
| JR EQUITIES AND INVESTMENTS, LLC, | ORDER GRANTING LEAVE TO WITHDRAW |
| Defendant. | |

This matter comes before the Court on a David S. Foster's second "Motion to Withdraw." Dkt. # 5. Another attorney has now appeared on plaintiff's behalf: the motion is therefore GRANTED.

Dated this 18th day of October, 2024.

*MM S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 1