UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN MOORE,

          Plaintiff,

   v.

JR EQUITIES AND INVESTMENTS, LLC.,

          Defendant.

No. C24-595RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on April 30, 2024. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief or accomplish service no later than November 14, 2024. The Clerk of Court shall note this Show Cause on the Court's calendar for November 15, 2024.

DATED this 18th day of October, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE