UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| **BRIAN MOORE,** | * |
| an individual, | * |
| | * |
| | * |
| PLAINTIFF, | * |
| v. | * Case No. 2:2024-cv-00595 |
| | * |
| | * VOLUNTARY DISMISSAL PURSUANT TO CR 41 |
| **JR EQUITIES AND INVESTMENTS, LLC,** | * |
| a limited liability company, | * |
| | * |
| **DEFENDANT.** | * |
| | * |
| | * |
| | * |
| | * |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice the above-referenced action is voluntarily dismissed, without prejudice against the Defendants.

Dated this the 14th day of November, 2024.

Respectfully submitted,

By: _____
Peter Barnett, WSBA No. 50945
Attorney for Plaintiff
Telephone: 425-298-3922
peter@peterbarnettlaw.com

**DEFENDANT TO BE SERVED:**
JR EQUITIES AND INVESTMENTS, LLC
C/O JOHN EASTEY
7269 Rainier Avenue South
Seattle, WA 98118